PEOPLE, PLAINTIFF AND APPELLEE, *v.* CISCO, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Aguadilla in a Prosecution for Violation of the Weights and Measures Act.

No. 1175.—Decided July 17, 1917.

Decided on the grounds of the opinion delivered in Case No. 1171, *People v. Beauchamps, ante.*

Mr. *José D. Rodríguez* for the appellant.
Mr. *Salvador Mestre, fiscal,* for the appellee.

*Reversed.*

Justices Wolf, del Toro, Aldrey and Hutchison concurred.

Mr. Chief Justice Hernández took no part in the decision of this case.